FILED

JUN 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. ALEXANDER III.

        Plaintiff,

vs.

California Prison Advocacy Project;
Program; The State of California Prison
Authority; Attorney Mark Demming (SBN# 226831);
Board of Parole Hearings/ Defendant.
CDCR inc., ACDC., Chief Inmate Appeals) et al.

CASE NO. 08-2727 MMC

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

MMC
(PR)

I, Robert J. Alexander, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  (AAA) Oakland Auto Guardian    23.00. mnthly net
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or          Yes ___ No _X_
10          self employment
11     b.   Income from stocks, bonds,       Yes ___ No _X_
12          or royalties?
13     c.   Rent payments?                    Yes ___ No _X_
14     d.   Pensions, annuities, or           Yes ___ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments, Yes ___ No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                   Yes _X_ No ___
24  Spouse's Full Name: _____Sevon Atias_____
25  Spouse's Place of Employment: __Applebees Resturant__
26  Spouse's Monthly Salary, Wages or Income: minimum wage of California
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ ____N/A____

1      b.    List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5      *S.E.A.  birth date due 8-08*
6  _____
7  5.    Do you own or are you buying a home?    Yes ____ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ____ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.    Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ____ No _X_ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No _X_
20  _____
21  8.    What are your monthly expenses?    *N/A incarcerated*
22  Rent: $_____    Utilities: _____
23  Food: $_____    Clothing: _____
24  Charge Accounts:
25  Name of Account    Monthly Payment    Total Owed on This Acct.
26  _____    $_____    $_____
27  _____    $_____    $_____
28  _____    $_____    $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Back payments for rent owed while incarcerated owed to Civic Square Apts. Pleasanton, CA. 9456_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _X_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_CV 08 2417; U.S. District Court For the Northern Cal. District San Francisco Venue_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_6/4/08_

DATE            SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____  _____
[Authorized officer of the institution]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number _____ MMC _____ (PR)

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ ____ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
       Deputy Clerk

rev. 11/07

ALEXANDER

**S03F06**

```
                                                                5/30/2008
                                                                5:44:36 AM
                              CANTEEN CORPORATION
                            SANTA RITA JAIL (FRIDAY)
                                   Pick List
         Name: ROBERT SAMUEL
    Inv. Date: 05/30/2008                              Invoice: 5259274
           Id: AYC552        Module: S03F06            Serial #: 000227
==============================================================================
    Qty   Item                          Code #          Price         Amount
==============================================================================
     9    RAMEN CHILI 3OZ                4415           $0.95         $8.55
     9
     2    SPICY TORTILLA CHIP            3109           $1.40         $2.80
     3    CHEDDAR CH PUFFS               3111           $1.43         $4.29
     2    HOT FRIES                      3113           $1.38         $2.76
     2    JALAPENO CHIPS                 3103           $0.98         $1.96
     2    CHILI CORN CHIPS               3112           $1.28         $2.56
     1    FRENCH VANILLA 3OZ             2141           $3.93         $3.93
     1    COCOA JOE 5OZ                  2140           $3.93         $3.93
     13
     9    OYSTERS                        4433           $2.85         $25.65
     5    BAG O'RICE                     4411           $1.18         $5.90
     1    PEANUT BUTTER 12OZ             4071           $3.08         $3.08
     2    DECAF COFFEE 3OZ               2164           $3.23         $6.46
     4    OATMEAL/MAPLE                  4116           $1.88         $7.52
     21
     5    TRAIL MIX                      4104           $0.85         $4.25
     1    TUBE SOCKS                     8134           $1.45         $1.45
     1    CUP 22OZ W/SPOON               6135           $0.90         $0.90
     1    HANKERCHIEFS (3)               8179           $2.90         $2.90
     8
    ------------------------------------------------------------------------
    51
              Previous Balance:    $108.80     Base Sale:     $88.89
                   New Balance:     $19.48     Debitek:        $0.00
                                                   Tax:        $0.43
                                                 Total:       $89.32
    ------------------------------------------------------------------------
Signature: _____
WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

Error Transactions:
==============================================================================
  Qty   Item                          Code #    Reason
==============================================================================
    9   PORK CRACKLIN SPICY            3108     Out Of stock
    1   OATMEAL/MAPLE                  4116     Spending Limit Exceeded
    2   YOGURT APPLE NUT MIX           4162     Spending Limit Exceeded
    3   HOT CHEESE CRUNCHIES           3115     Spending Limit Exceeded
    2   ATOMIC FIREBALLS               1118     Spending Limit Exceeded
    2   LEMON DROPS                    1120     Spending Limit Exceeded
    2   SOUR FRUIT BALLS               1121     Spending Limit Exceeded
    2   BEEF SALAMI 5OZ                4135     Spending Limit Exceeded
    1   STRAWBERRY PRESERVES           4216     Spending
```

Page 1

# S03F09

```
                                                        5/23/2008
                                                        5:43:02 AM

                          CANTEEN CORPORATION
                         SANTA RITA JAIL (FRIDAY)
                               Pick List
         Name: ROBERT SAMUEL
    Inv. Date: 05/23/2008                        Invoice: 5249187
         Id: AYC552      Module: S03F09          Serial #: 000229
================================================================================
     Qty   Item                           Code #       Price        Amount
================================================================================
      1    BK OF STAMPS (20PK)             6120        $8.40        $8.40
      1    1.0 READING GLASSES             5500        $7.50        $7.50
           2
      5    RAMEN CHILI 3OZ                 4415        $0.95        $4.75
           5
      1    PORK CRACKLIN SPICY             3108        $1.23        $1.23
           1
      1    COLGATE TOOTHPASTE              8213        $2.15        $2.15
      1    DIAL SOAP 3.5OZ                 8106        $1.13        $1.13
      1    MULTIVITAMINS(BOTTLE)           8152        $3.65        $3.65
           3
     --------------------------------------------------------------------
     11
                 Previous Balance:       $30.40    Base Sale:     $28.81
                      New Balance:        $0.40    Debitek:        $0.00
                                                   Tax:            $1.19
                                                   Total:         $30.00
     --------------------------------------------------------------------

Signature: _____
WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

Error Transactions:

================================================================================
    Qty  Item                            Code #  Reason
================================================================================
      1  HANKERCHIEFS (3)                  8179  Out Of stock
      2  PORK CRACKLIN SPICY               3108  Insufficient Funds
      2  SPICY TORTILLA CHIP               3109  Insufficient Funds
      1  CHEESE CURLS                      3114  Insufficient Funds
      1  PEANUT BTTR & JELLY               4112  Insufficient Funds
      1  COFFEE CANDY 1.5OZ                1131  Out Of stock
      2  COFFEE 3OZ                        2104  Insufficient Funds
      1  BUTTERSCOTCH DISCS                1119  Insufficient Funds
      1  LEMON DROPS                       1120  Insufficient Funds
      2  BEEF SALAMI 5OZ                   4135  Insufficient Funds
      1  STRAWBERRY PRESERVES              4216  Insufficient Funds
```

Page 1



Robert Alexander III
PO 7071 / AY6552 3-F6
5325 Broder bl.
Dublin, CA 94568

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

— Confidential Legal Mail —