**FILED**
JUL 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROBERT J. ALEXANDER,

    Plaintiff,

vs.

CALIFORNIA PRISON ADVOCACY PROJECT, et al.,

    Defendant.

CASE NO. C 08-2727 MMC (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Robert Alexander, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A    Net: N/A

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___American Automotive Association (AAA)_____
5  ___Auto Guardian - Oakland, CA. October 2007_____
6  ___Emergency Roadside assistance Field Specialist.___
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or           Yes ___ No _X_
10         self employment
11    b.   Income from stocks, bonds,        Yes ___ No _X_
12         or royalties?
13    c.   Rent payments?                    Yes ___ No _X_
14    d.   Pensions, annuities, or           Yes ___ No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,  Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.     Are you married?                  Yes _X_ No ___
24  Spouse's Full Name: _____Sevon Atias_____
25  Spouse's Place of Employment: __APPLEBEES Restaurant__
26  Spouse's Monthly Salary, Wages or Income: Maternity leave; 8 months pregnant
27  Gross $_____ Net $ Min. wage_____
28  4.     a.   List amount you contribute to your spouse's support:$ __N/A__

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _New born due 8-21-08_
6
7  5.  Do you own or are you buying a home?   Yes ___ No _X_
8  Estimated Market Value: $ _N/A_   Amount of Mortgage: $ _N/A_
9  6.  Do you own an automobile?   Yes _X_ No ___
10 Make _Toyota_   Year _95_   Model _Camry_
11 Is it financed? Yes ___ No _X_  If so, Total due: $ _N/A_
12 Monthly Payment: $ _N/A_
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _N/A_
15
16 Present balance(s): $ _N/A_
17 Do you own any cash? Yes ___ No _X_ Amount: $ _N/A_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20
21 8.  What are your monthly expenses?
22 Rent: $ _$1100. mnth_   Utilities: _$150.00_
23 Food: $ _$200.00_   Clothing: _$200.00_
24 Charge Accounts:
25 Name of Account        Monthly Payment              Total Owed on This Acct.
26 _American Express_ $ _60.00_                          $ _2,200._
27 _American Express_ $ _50.00_                          $ _1500._
28 _____ $ _____              $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _Valley Care Hospital; Pleasanton, CA._
4  _$ 30,000. hand Surgery emergency operation_
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes _X_  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _IN RE ROBERT J. ALEXANDER, III  NO. C08-2417 MMC (PR)_
10  _U.S. DISTRICT COURT Northern District of California_
11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  _7/21/08_                     [signature]
17  DATE                          SIGNATURE OF APPLICANT

Case Number: C08-2727 MMC (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Robert Alexander AYC·552</u> for the last six months
[prisoner name]  AKA. Samuel AYC·552
<u>Santa Rita County Jail</u> where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                       _____
                                          [Authorized officer of the institution]

- 5 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.  **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.  **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 2/05)

...ntiff to file complaint or provide
...rt with sworn declaration as to why he is unable to do so.
... July 21st I the plaintiff in this No. C08-2727 MMC (PR)
...vil action. Recieved the service of such vial legal
...ail. Upon the recieving of the order I immediately began
... do as ordered by the court. The Regular assigned house
...uties have not been forthcoming in making this possible.
...ly 21st 2008 I asked Deputy T. Jenniahn #1975, to assist
... in this due to the fact that he was the very same
...puty who confiscated my pens, and ransacked my cell
...ving no regard for my legal work. He was the Deputy
... opened my legal mail on the 21st and kept the envelope.
...t evening I ask Deputy Carrera to assist also showed
... the court order. He disregarded my request to speak
... the Sgt.

...y 22nd I asked Deputy's T. Jenniahn and his new partner
...ain. This time after his partner read the court order
...ey insisted that their supperior's instructed them
...t to sign anything. Also to tell me that whenever I go
... court in this matter it will automatically follow.
...refor I will have to wait until the U.S. District Court
...mons my person to court. That evening after shift
...ange I asked Deputy Carrera again to assist me in
... issue, only to be ignored as if I am not In his presence
...count time I asked him again. He ignored me again.

July 23rd 0500 hrs Deputy Carrera opened my cell door and
...manded that I go to the multipurpose room and wait till
...00 am for Deputy Guffy to come on shift to ask him.
...so stating I have court. I did not have court I
...d him and insisted to see the Sgt. He threatened to
...e back with 8-10 Deputies and use physical force
..."show me who's in charge". I stayed in my cell seated
... bed. He then slammed... cell door and left.

...eased our... for morning meal. I asked Deputy Guffy
..r a grievance and he refused to give me a grievance
..y nieghboring cell inmate asked for a grievance form
...lso. He to was denied. According to Deputy Guffy
..e do not have a right to a grievance form. And
..e does not have to give us one. I tried again
..ith a message request form. Deputy Guffy threw
..t away. I also tried giving grievances to Deputy
..rrera. But he will not accept them. When I push the
..ll inter com button the female Bldg #3 Housing
..nit Techrician will not answer. As long as Deputy
..ffy works he will not let us out for pod rec
...me and will no longer make himself accessable
...recieve any further request. When I ask to use
..: proper Typewriter they refuse me access. Along
..th the pro-per phone, law library, legal materials, copies,
.. According to these Deputy's, we as inmates "do not
..e anything comming". I was unaware of any change
... the federal law governing legal pursuit. At this time
..am forced to use pencil and drawing tablet paper
.. my legal work. They have taken my visiting away,
..teen away, pod time recreation, pens legal referances,
.. They turned up the cold air and left me with
... thin blanket. Now I am going to pursue further
..l action. This is to be considered retalitory measures
.. the Alameda County Sheriffs office Detentions &
..rrections Division, obstructing Justice.
..S is my Declaration, Sworn. I hearby swear under penalty of
..ry that the foregoing is true and correct, to the best
..y knowledge of the facts governing this action, on this day
..24th of the year 2008. At Dublin, CA. 94568 Robert J. Alexander



RECEIVED
JUL 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND