FILED

08 AUG 11 AM 8:09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert *[illegible]*,

    Plaintiff,

vs.

*[illegible]*,

    Defendant.

CASE NO. *[illegible]* MMC (PR)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Robert *[illegible]*, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?      Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: American Automotive Association (AAA) *[illegible]*

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2.    Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |         a.    Business, Profession or                    Yes ____ No ✓
8 |               self employment?
9 |         b.    Income from stocks, bonds,                 Yes ____ No ✓
10 |              or royalties?
11 |        c.    Rent payments?                             Yes ____ No ✓
12 |        d.    Pensions, annuities, or                    Yes ____ No ✓
13 |              life insurance payments?
14 |        e.    Federal or State welfare payments,         Yes ____ No ✓
15 |              Social Security or other govern-
16 |              ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____
21 | 3.    Are you married?                                  Yes ✓ No ____
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.    a.    List amount you contribute to your spouse's support:$ ___N/A___
27 |       b.    List the persons other than your spouse who are dependent upon you for support
28 |             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.   Do you own or are you buying a home?          Yes ____ No __✓__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?                    Yes __✓__ No ____

Make _____ Year _____ Model _____

Is it financed? Yes ____ No __✓__ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account?  Yes ____ No __✓__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____ No __✓__ Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)                                      Yes ____ No __✓__

_____

8.   What are your monthly expenses?

Rent:  $ __1100.__           Utilities: _____

Food:  $ _____        Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| American Express | $ 60 | $ 3500. |
| _____ | $ ____ | $ 2200. |
| _____ | $ ____ | $ ____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Valley Care Medical _____

-3-

1 | _Emergency hand .../operation_
2 | 10.   Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits?  Yes ✓ No ___
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.
6 | _Col 24/12 Municipal Cod ..._
7 | _US District Court ... D/34/07_
8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.

_7/31/08_
DATE                              SIGNATURE OF APPLICANT

-4-

